No. D–577. IN RE DISBARMENT OF HARRISON. It is ordered that Charles Julian Harrison, of Towson, Md., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.